IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RHONDA ELLIS,

    Plaintiff,

v.                                                           CASE NO. 1:06-cv-00218-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees that the ALJ's decision is fully supported by the record. The treating sources who have rendered an opinion on Plaintiff's impairments have referred to his various conditions as "mild," and his assessments have shown improvement or "doing well" with medications. His IQ is high borderline or low average, which does not meet the listing requirements for intellectual functioning, and although counsel has suggested he meets the requirements for a number of listings, he has not specifically indicated how, and it is not apparent to the Court from any of the evidence presented that he meets these listings. Two evaluations have been conducted and specific assessments under the six domains completed, but neither evaluation indicates an

extreme limitation or two marked limitations, which is the requirement for a childhood disability rating.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *11th*   day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge